UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re<br><br>Altheimer & Gray,<br>                                       Debtor.<br><br>Altheimer & Gray, Debtor in Possession,<br>                                    Plaintiff,<br>vs.<br><br>David Hale,<br>                                    Defendant. | Case No. 03 B 43547<br><br>Hon. Carol A. Doyle<br><br>Chapter 11<br><br>Adv. No. |

## COMPLAINT

Plaintiff, Altheimer & Gray, Debtor in Possession, for its complaint herein, alleges:

By this complaint, Plaintiff seeks to recover from Defendant(s) the sum of **$5,323.78** (hereinafter the "Debt"), with interest at the rate set under the account agreement, attorneys fees as allowed by law or under the account agreement, and costs of this action.

      1.      The bankruptcy case of <u>In Re Altheimer & Gray</u>, Case Number 03 B 43547, ("Debtor" or "Altheimer"), was commenced by the filing of an involuntary petition on October 24, 2003.

      2.      Altheimer & Gray, Debtor in Possession, is authorized to commence suit on behalf of the estate.

      3.      Jurisdiction of this Court is founded on 28 U.S.C. Sections 157 and 1334 in that this adversary proceeding is a civil proceeding which is a core proceeding arising in the above captioned case filed under title 11 of the United States Code, and in that this adversary proceeding has been referred to this Bankruptcy Court by the United States District Court for this District.

      4.      Plaintiff is informed and believes, and on that basis, alleges that David Hale ("Defendant") is an entity whose legal structure is presently unknown.

/340766

## FIRST CLAIM FOR RELIEF

(Open Book Account)

5. Plaintiff hereby refers to and incorporates herein as if set forth in full Paragraphs 1-4 above.

6. Within the last four years Defendant became indebted to Plaintiff on an open book account in the amount of the Debt for services ("Services") performed for to Defendant(s) at its request. Plaintiff has made demand for payment of the Debt. No part of the Debt has been paid and the entire sum is due and owing, plus interest at the maximum allowable legal rate.

7. Attached hereto as Exhibit "A" and incorporated herein by this reference is a statement of account.

8. Although demand has been made, Defendant refuses to pay the Debt and there is now due, owing and unpaid the Debt, and interest at the legal rate under the account agreement, attorneys fees under the account agreement, or under the Local Rules of this Court, whichever are higher, and costs incurred herein.

## SECOND CLAIM FOR RELIEF

(Account Stated)

9. Plaintiff hereby refers to and incorporates herein as if set forth in full Paragraphs 1-8 above.

10. Within the last three-years an account was stated in writing between Plaintiff and Defendant in which the Debt was agreed on as the balance due Plaintiff; no part of that sum has been paid.

## THIRD CLAIM FOR RELIEF

(For Turnover of Debt - 11 U.S.C. 542 (b))

11. Plaintiff hereby refers to and incorporates herein as if set forth in full Paragraphs 1-10 above.

12. The Debt constitutes property of the debtor's estate under 11 U.S.C. Section 541 (a)(1) and is matured and payable upon demand. The Debt is not subject to any setoffs that are allowable under 11 U.S.C. Section 553.

13. Pursuant to 11 U.S.C. Section 542 (b), Defendant is required to pay the Debt to Plaintiff.

WHEREFORE, Plaintiff prays Judgment against Defendant(s) for the principal sum of the Debt with interest thereon, for costs of suit, for reasonable attorneys fees, and for such other and further relief as may be just and proper.

Dated: September 15, 2006

Local Counsel

By:   /s/ Mark E. Abraham
Mark E. Leipold, IL SBN 6194124
Mark E. Abraham, IL SBN 6269303
Christopher J. Horvay, IL SBN 1263315
GOULD & RATNER
222 North LaSalle Street, Eighth Floor
Chicago, IL  60601-1011
**Telephone:** (312) 899-1651   **Fax:** (312) 236-3241

and

Primary Counsel
(Please Contact Primary Counsel)

Joseph L. Steinfeld, Jr., DC SBN 297101,
MN SBN 0266292, VA SBN 18666
John T. Siegler, DC SBN 418558, NY SBN 131395
ASK FINANCIAL LLP
2600 Eagan Woods Drive, Suite 220
Eagan, MN  55121
**Telephone:** (651) 406-9665  ext. 860   **Fax:** (651) 406-9676

Attorneys For Plaintiff, Altheimer & Gray, Debtor in Possession